Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-14-00934-CR

| | | |
|---|---|---|
| Linda Gaile Henderson-Qualls APPEALS | § | COURT OF |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Linda B. Henderson-Qualls*
Pro se Appellant
1200 Baker St, Unit, # 4K1
Houston, Texas 77002

## Certificate of Service

This is to certify that on June 11, 2015 (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

*Linda B. Henderson-Qualls*
Pro se Appellant

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Linda Henderson

SPN: 02493353 Cell: 4K1

Street: 1200 Baker Street

HOUSTON, TEXAS 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

77002206699

NORTH HOUSTON TX 770

15 JUN 2015 PM 1